**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOEL ARMENTA CASTILLO,<br><br>             Petitioner,<br><br>     v.<br><br>R. LOPEZ, Warden,<br><br>             Respondent.<br>_____ | Case No. ED CV 10-1597-JAK (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

     IT IS THEREFORE ORDERED that Judgment will be entered denying the First Amended Petition and dismissing this action with prejudice.

DATED: September 16, 2014            _____
                                                 HONORABLE JOHN A. KRONSTADT
                                               UNITED STATES DISTRICT JUDGE