JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL ARMENTA CASTILLO, | Case No. ED CV 10-1597-JAK (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| R. LOPEZ, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

Dated: September 16, 2014

_____
HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE